**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO. 5:17CR19-RLV-DCK**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> **RALPH CLIFFORD WOOD,** ) <br> Defendant. ) <br> _____ ) | **SCHEDULING <br> O R D E R** |

**THIS MATTER** is before the Court upon its own Motion to Continue the Suppression Hearing currently scheduled for September 6, 2017, in the Statesville Division.

**IT IS, THEREFORE, ORDERED** that the Suppression Hearing currently scheduled for September 6, is hereby rescheduled to October 2, 2017, at 10AM, at the Statesville Courthouse in Statesville, North Carolina.

Signed: August 28, 2017

Richard L. Voorhees
United States District Judge