IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO. 5:17CR-19-RLV-DCK-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) **ORDER** <br> ) <br> RALPH CLIFFORD WOOD, ) <br> Defendant. ) <br> ) <br> ) | |

**BEFORE THE COURT** is a Motion to Suppress Evidence And To Dismiss The Indictment filed by Defendant (Doc. 15), and a Supplemental Motion To Suppress. (Doc. 20). The Government has filed a response. (Doc. 16). For reasons cited by this Court in the *Steven Chase*[1] matter, the Motion to Dismiss the Indictment based on outrageous Government conduct is hereby **DENIED**. **FURTHER**, for reasons cited by the Government the Court finds the Motion to Suppress is **DENIED**.

Signed: October 26, 2017

Richard L. Voorhees
United States District Judge

---

[1] *See United States v. Chase*, No. 5:15CR15-RLV-DCK-1 (Doc. 85)

1